Marc D. Haefner
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, NJ 07068
Tel. (973) 535-0500
Fax: (973) 535-9217

*Counsel for Defendant*
*ClarkWestern Building Systems, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARE INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIETRICH INDUSTRIES, INC. d/b/a DIETRICH METAL FRAMING, INC., and CLARKWESTERN BUILDING SYSTEMS, INC., <br><br> Defendants, <br><br> v. <br><br> CALIFORNIA EXPANDED METAL PRODUCTS COMPANY d/b/a CEMCO, <br><br> Counterclaim-Defendant. | Civil Action No. 09-cv-1282 (WJM/CCC) <br><br><br> **ORDER** <br><br><br> *Filed Electronically* |

**THIS MATTER** having come before the Court by way of application of Connell Foley LLP, counsel for Defendant ClarkWestern Building Systems, Inc. ("ClarkWestern") for the entry of an Order admitting *pro hac vice* Matthew C. Blickensderfer and Jill P. Meyer of the law firm Frost Brown Todd LLC; and for good cause having been shown;

2165678-01

IT IS on this 23rd day of June, 2009,

**ORDERED** that Matthew C. Blickensderfer and Jill P. Meyer are hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of and representing ClarkWestern in this matter; and it is further

**ORDERED** that Matthew C. Blickensderfer and Jill P. Meyer shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that Matthew C. Blickensderfer and Jill P. Meyer shall be deemed to have agreed to be bound by New Jersey Court Rule 1:21-7 and its limitations; and it is further

**ORDERED** that Matthew C. Blickensderfer and Jill P. Meyer shall for the duration of the time that they serve as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Matthew C. Blickensderfer and Jill P. Meyer shall notify the Court immediately of any disciplinary matter affecting their standings in the bar of any jurisdiction; and it is further

**ORDERED** that Matthew C. Blickensderfer and Jill P. Meyer shall have all pleadings, briefs and other papers filed with the Court in this matter signed by Marc D. Haefner or his partners or associates as the attorneys of record in this matter pursuant to Local Civil Rule 101.1(c)(3); and it is further

2165678-01

**ORDERED** that Matthew C. Blickensderfer and Jill P. Meyer may serve as counsel *pro hac vice* in this matter.

**SO ORDERED.**

*s/Claire C. Cecchi*
Honorable Claire C. Cecchi, U.S.M.J.

3

2165678-01